IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

GUY TIMPSON JR.,

    Plaintiff,

v.     Case No. 1:25-cv-01046-DAP

DISCOVER BANK, et al,

    Defendants.

_____/

**UNOPPOSED MOTION OF DEFENDANT GOLDMAN SACHS BANK USA FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Goldman Sachs Bank USA ("GS Bank") hereby moves for a thirty-day extension of time, up to and including August 13, 2025, to respond to the Complaint filed by plaintiff Guy Timpson, Jr. ("Plaintiff"), and in support thereof states as follows:

    1.    On May 21, 2025, Plaintiff filed his Complaint and served GS Bank on June 23, 2025.

    2.    GS Bank's response to the Complaint is currently due on July 14, 2025.

    3.    GS Bank files this Motion to respectfully request a 30-day extension of its response deadline in order to allow its recently retained counsel to complete their investigation into the issues alleged in the Complaint and to prepare GS Bank's response thereto.

4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

5. Counsel for the parties have conferred regarding the requested relief and Plaintiff does not oppose this request.

6. A proposed Order is attached with this Motion.

**WHEREFORE**, GS Bank respectfully requests that the Court extend its deadline to respond to the Complaint by thirty (30) days, up to and including, August 13, 2025.

Dated: July 14, 2025

By: */s/ Daniel M. Finer*
Daniel M. Finer
Email: daniel.finer@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401

*Attorneys for Defendant
  Goldman Sachs Bank USA*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically filed the foregoing **UNOPPOSED MOTION OF DEFENDANT GOLDMAN SACHS BANK USA FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

This 14th day of July, 2025.

>*/s/ Daniel M. Finer*
> Daniel M. Finer

IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

GUY TIMPSON JR.,

    Plaintiff,

v.                                                    Case No. 1:25-CV-01046-DAP

DISCOVER BANK, et al,

    Defendants.

_____/

## [PROPOSED] ORDER

This matter comes before the Court on Unopposed Motion of Defendant Goldman Sachs Bank USA for Extension of Time to Respond to Complaint. Upon consideration of the Motion and for good cause shown, the Court ORDERS that the Motion be GRANTED.

Goldman Sachs Bank USA shall have through and until August 13, 2025, to answer or otherwise move in response to the Complaint.

SO ORDERED, this ____ day of _____ 2025.

_____
Honorable Pamela A. Barker
United States District Judge